Ruffin, Chief Justice.
 

 — The record presents but a single question; which is, whether land can be sold upon a
 
 fieri facias,
 
 which issues and bears
 
 teste
 
 after the death of the debtor. Upon that question, the case of
 
 Den ex dem. Bowen v. M'Culloch,
 
 N. C. Term Rep. 261, is a precise authority in the negative. A point is there left open, whether land is bound by .the judgment, or only by the
 
 fieri facias,
 
 which has been since so decided as to restrict the lien to the
 
 teste
 
 of the
 
 fieri facias,
 
 if that be the process
 
 *358
 
 used. Consequently, the sale must be made upon a writ having relation to a day previous to the debtor’s death, or the heir must be brought in by
 
 scire facias.
 
 The authorities there cited establish the necessity of process against the executor in similar circumstances. If he is not to be concluded without being heard, surely the heir is equally entitled to the defences, that the executor has paid the debt, or that the heir has paid other judgment debts to the value of the land descended, or the like.
 

 Per Curiam. Judgment affirmed.